# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ERIC LATROY HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-037 |
| | ) | |
| MR. PANNIZO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Taking plaintiff's representation (doc. 11) that he did not receive a copy of the Court's screening order (doc. 9) as true, the Court's Report and Recommendation that the Complaint be dismissed without prejudice for failure to obey a court order (doc. 10) is **VACATED**. Harris is **DIRECTED** to file his Amended Complaint complying with the Court's screening order[1] within 14 days from the date of this Order, or face a recommendation of dismissal. *See* Fed. R. Civ. P. 41(b); L.R. 41.1(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v.*

---

[1] The Clerk of Court is **DIRECTED** to serve a copy of this Court's screening order (doc. 9) along with service of this Order.

*Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). No further extensions will be granted without a showing of good cause.

**SO ORDERED**, this 4th day of January, 2019

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA