# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ERIC LATROY HARRIS,

    Plaintiff,

v.

MR. PANNIZO, MS. B. KIRKLAND, CPL. BAILEY, OFFICER BARBEE, OFFICER MORIN, CHATHAM COUNTY DETENTION CENTER,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-37

## **O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 9, 2019 Report and Recommendation, (doc. 14), to which Plaintiff filed Objections, (doc. 15). For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's access-to-the-courts claim.

The Court recommended dismissal because Harris has shown no *injury* arising from his alleged lack of meaningful access to legal research materials. Doc. 14 at 2-3. After all, his other civil rights case was dismissed for failure to comply with a Court order. *See* CV417-154, doc. 41 (ordering Harris to amend his Complaint); docs. 43, 45 & 46 (dismissing when he did not). He responds by saying that he "was of the understanding that he had to file the objection prior to filing the claim statement," thus proving "the injuries suffered by the plaintiff in his effort to access the courts." Doc. 15 at 1. It is not entirely clear what plaintiff seeks to argue here: his other case

was dismissed for failure to comply with a Court order, and he admits that he failed to comply with the Court's order. There is no causal connection between his ability to access the Chatham County Detention Center (CCDC) law library at his leisure[1] and the dismissal of CV417-154. In other words, there is no *injury*. His Complaint must be dismissed.

**SO ORDERED**, this 1st day of March, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As the Court noted in its Report and Recommendation, Harris can access the law library tablet. He is just limited in that access to half hour increments, per CCDC policy. Doc. 14 at 1-2; *see also* doc. 9.